**Sinclair Howard ARMSTRONG, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 59.

Circuit Court of Appeals, Second Circuit.

Feb. 14, 1942.

Wilton H. Wallace, of Washington, D. C., for petitioner.

Joseph M. Jones, of Washington, D. C., for respondent.

Before L. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed upon the authority of Helvering v. Reynolds, 313 U.S. 428, 61 S.Ct. 971, 85 L.Ed. 1438, 134 A.L.R. 1155, and Commissioner v. Marshall, 2 Cir., 125 F.2d 943.

**UNITED STATES of America, Appellee, v. CONTINENTAL CASUALTY CO.. and Marie M. Short, Appellants.**

No. 7576.

Circuit Court of Appeals, Third Circuit.

Decided Feb. 9, 1942.

Michael J. McEnery, of Philadelphia, Pa., for appellants.

Joseph W. Burns, of Washington, D. C. (William F. Smith, Acting U. S. Atty., of Newark, N. J., on the brief), for appellee.

Before MARIS and JONES, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM.

Upon consideration of the mandate of the Supreme Court of the United States, this day received and filed, answering certain questions heretofore certified by this court to the said Supreme Court of the United States, 62 S.Ct. 393, 86 L.Ed. —, in connection with the above entitled cause, it is now here ordered and adjudged by this court that the judgment of the said District Court of the United States for the District of New Jersey in this cause, 34 F.Supp. 1007, be, and the same is hereby, affirmed.

**Harry I. WAXMANN et al., Trading as Hacco Theatres, Plaintiffs-Appellants, v. COLUMBIA PICTURES CORPORATION et al., Defendants-Appellees.**

No. 7873.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 6, 1942.

Decided Feb. 9, 1942.

George T. Steeley, of Philadelphia, Pa. (Sidney L. Krauss, George P. Aarons, and Carr & Krauss, all of Philadelphia, Pa., on the brief), for appellants.

Morris M. Wexler, of Philadelphia, Pa. (Wexler & Weisman, of Philadelphia, Pa., and Irving Moross, of New York City, on the brief), for Columbia Pictures Corporation, appellee.

D. Benjamin Kresch, of Philadelphia, Pa. (Wolf, Block, Schorr & Solis-Cohen, of Philadelphia, Pa., on the brief), for Warner Bros., appellee.

Milton A. Kamsler, of Philadelphia, Pa., for Weland Theatre Co., appellee.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the district court dismissing the complaint is affirmed upon the opinion of Judge Bard, 40 F.Supp. 108.